IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

v.

**JUAN M. RIOS,**

**Defendant.**                              No. 99-30244-DRH

## ORDER

**HERNDON, Chief Judge**:

Based on the Court's careful review of the Presentence Report, the Court accepts the defendant's plea. The defendant is therefore adjudged guilty of the crimes set forth in the Superseding Indictment (Doc. 40) as agreed to in the Plea Agreement (Doc. 97) herein. Consequently, the Court hereby agrees to be bound by the terms of said agreement in accordance with FRCP 11(c)(1)(C).

**IT IS SO ORDERED.**

Signed this 26th day of November, 2012.

Digitally signed by
David R. Herndon
Date: 2012.11.26
12:15:39 -06'00'

**Chief Judge**
**United States District Court**